UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JEREMIAH MINOR, | Case No. 1:24-mc-00003 |
| Petitioner, | |
| | Dlott, J. |
| vs. | Bowman, M.J. |
| DEPARTMENT OF DEFENSE, | |
| Respondent. | |

**REPORT AND RECOMMENDATION**

In this miscellanies action, the Petitioner, proceeding pro se, filed a motion "for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978" on January 24, 2024. (Doc. 1). The petitioner purports to be civilian employee with the U.S. State Department and is currently deployed to Iraq. He is seeking to keep the Department of Defense from accessing financial records associated with his American Express account. The record, however, contains no indication that this matter has been properly served. As such, on February 13, 2024, Plaintiff was Ordered to properly serve the United States pursuant to Rule 4(i)(2) and 4(i)(3) of the Federal Rules of Civil Procedure no later than May 24, 2024. (Doc. 2).

To date, Plaintiff has not served Defendants with the summons and complaint, nor has he responded to the pending Show Cause Order. Plaintiff's failure to prosecute this matter and to obey an Order of the Court warrants dismissal of this case pursuant to Fed.R.Civ.P. 41(b). *See Jourdan v. Jabe*, 951 F.2d 108, 109–10 (6th Cir.1991). District courts have the power to *sua sponte* dismiss civil actions for want of prosecution to "manage their own affairs so as to achieve the orderly and expeditious disposition of

cases." *Link v. Wabash R.R.*, 370 U.S. 626, 630–31, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). *See also Jourdan*, 951 F.2d at 109.

Accordingly, **IT IS RECOMMENDED THAT** Plaintiff's complaint be dismissed based upon Plaintiff's failure to comply with the Court's order and for failure of service of process.

   *s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| JEREMIAH MINOR, | Case No. 1:24-mc-3 |
| Plaintiff, | |
| vs. | Dlott, J. |
| | Bowman, M.J. |
| DEPARTMENT OF DEFENSE., | |
| Defendant. | |

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).